14567.   GOLIGHTLY *et al. v.* TATUM.

</div>

LUKE, J. This case is here upon the sole assignment of .error that the evidence does not authorize the verdict. There was evidence to authorize the verdict in favor of the defendant, and the verdict has the approval of the trial judge. It was therefore not error to overrule the motion for a new tiral.

<div align="center">

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 10, 1923.

</div>

Complaint; from Campbell superior court — Judge Hutcheson. December 2, 1922.

*J. F. Golightly, J. H. Longino,* for plaintiffs.

*Lawrence Camp, Claude C. Smith,* for defendant.